IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TYANIS LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv583-MHT |
| | ) | (WO) |
| LOWNDES COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss without prejudice (doc. no. 4), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

It is further ORDERED that all pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**